UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUDY CROUCH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:07-0541 |
| v. ) | |
| ) | |
| GUARDIAN ANGEL NURSING, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the Report and Recommendation of Magistrate Judge Bryant, which Report and Recommendation the Court adopts, the following orders are made:

1. Defendant's Motion to Disqualify and/or For Partial Summary Judgment As To Certain Individual Opt-Ins, Document #260, is **DENIED**.

2. The Motion to Intervene by Michael Gigandet, Document #264, is **GRANTED**.

It is so ORDERED.

_____
Thomas A. Wiseman, Jr., Senior U.S. District Judge