# CLERK'S RESUME OF PROCEEDINGS
# CIVIL NON-JURY PROCEEDINGS

JUDY CROUCH, et al.,  )
                      )
   Plaintiffs,   )
                      )   CASE #: 3:07-cv-0541
vs.                   )   DATE: December 15, 2009
                      )
GUARDIAN ANGEL NURSING, INC., et al.,  )
                      )
   Defendants.   )

COURT REPORTER: Charlotte Sloan

PLAINTIFF'S ATTORNEY(S): Cynthia Wilson and Kenneth S. Williams

DEFENDANT'S ATTORNEY(S): James Holt, Jr. and Tim Perkins

NATURE OF PROCEEDING: BENCH TRIAL

INSTRUCTIONS AND DECISIONS OF THE COURT:

10:08 a.m. Court convenes. Plaintiffs' Exhibits 1-8 are marked and admitted. Portions of Exhibits 1-8 are read into the record by Plaintiff and Defendant. Witnesses per the attached Witness List are sworn and testify. Exhibits per attached Exhibit List are marked and admitted. 12:00 p.m. Court stands at recess.

12:30 p.m. Court reconvenes. Plaintiff rests. The Defendant moves for directed verdict. The Court hears argument and denies Defendants' oral motion.

Witnesses per the attached Witness List are sworn and testify and Exhibits per attached Exhibit List are marked and admitted. The Court will enter a separate opinion and final judgment after the first of the year.

                                   KEITH THROCKMORTON
                                   CLERK, U.S. DISTRICT COURT

                                   /s/NancyDuckwiler_____, Deputy Clerk

TIME UTILIZED: 10:08 a.m.-12:00 p.m.
                   12:30-1:45 p.m.

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __TENNESSEE__

JUDY CROUCH, et al.

V.

GUARDIAN ANGEL NURSING, INC., et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 3:07-cv-0541

| PRESIDING JUDGE THOMAS A. WISEMAN, JR. | | PLAINTIFF'S ATTORNEY Cynthia Wilson and Kenneth Williams | | | DEFENDANT'S ATTORNEY James Holt, Jr. and Tim Perkins |
|---|---|---|---|---|---|
| TRIAL DATE (S) December 15, 2009 | | COURT REPORTER Charlotte Sloan | | | COURTROOM DEPUTY Nancy Duckwiler |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 1 | | 12-15-09 | 12-15-09 | 12-15-09 | Lee Garner, Jr.'s Deposition August 24, 2007 |
| 2 | | 12-15-09 | 12-15-09 | 12-15-09 | Response of E.L. Garner, Jr. to Plaintiffs' First Set of Combined Request for Admission |
| 3 | | 12-15-09 | 12-15-09 | 12-15-09 | Defendants' Responses to Plaintiffs' First Set of Interrogatories to Defendants |
| 4 | | 12-15-09 | 12-15-09 | 12-15-09 | Deposition of Lee Garner, III, October 25, 2007 |
| 5 | | 12-15-09 | 12-15-09 | 12-15-09 | E.L. Garner, III's Response to Plaintiffs' First Set of Combined Request for Admission |
| 6 | | 12-15-09 | 12-15-09 | 12-15-09 | Deposition of Martha Stone October 24, 2007 |
| 7 | | 12-15-09 | 12-15-09 | 12-15-09 | On-Call Staffing, Inc. Policy and Procedure Manual June 2006, HIPPA Manual |
| 8 | | 12-15-09 | 12-15-09 | 12-15-09 | On Call Staffing letter dated May 1, 2006, To all employees re new name |
| | | 12-15-09 | | | PATRICIA ANN MASON |
| 9 | | 12-15-09 | 12-15-09 | 12-15-09 | Independent Contractor Agreement, 12-17-2004 |
| | | 12-15-09 | | | ROGER BILLS |
| | | 12-15-09 | | | CHRISTIN JOHNSON |
| | | | | | PLAINTIFF RESTS. IN DEFENSE: |
| | | 12-15-09 | | | DEYAMPERT BRAME GARNER |
| | | 12-15-09 | | | ERNEST LEVI GARNER, III |
| 10 | | 12-15-09 | 12-15-09 | ---- | Independent Contractor Agreement with John Quinn, December 4, 2004 |
| 11 | | 12-15-09 | 12-15-09 | 12-15-09 | Independent Contractor Agreement with Tammy Upscomb December 28, 2006 |
| 12 | | 12-15-09 | 12-15-09 | 12-15-09 | Independent Contract Agreement with Gina Roddy, February 20, 2007 |
| 13 | | 12-15-09 | 12-15-09 | 12-15-09 | Guardian Angel Independent contract with Richard Reagan, December 12, 2005 |
| 14 | | 12-15-09 | 12-15-09 | 12-15-09 | Guardian Angel Independent contract with Judy Crouch, 10-8-04 |
| 15 | | 12-15-09 | 12-15-09 | 12-15-09 | Guardian Angel Contract April 11, 2006 with Joyce Barnard |
| 16 | | 12-15-09 | 12-15-09 | 12-15-09 | Ernest Levi Garner, III's Affidavit Nov. 12, 2007 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages