IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JUDY CROUCH, CHERYL HUFF, ERIC THREADGILL, REBECCA BLACKBURN, SHAUNA HENSLEY, PAT PLASKETT, PATTY MASON, ELONDA LAYNE, LISA JOHNSON, ANTHONY QUINN, JENNIFER FRALE, BRANDY ROHWEDER, SHERRY ABSTON, JOYCE BARNARD, VICKI BEATY, ZORA BOSWELL, MICHAEL CONATSER, SANDY CONATSER, SHELIA EMBERTON, JAMMIE GOFF, TAMMY LIPSCOMB, LARRY MCDONALD, REBECCA MILLER, LINDA NASH, NANCY NEXBITT, RICHARD PHILLIPS, MARY REAGAN, RICHARD REAGAN, GINA RODDY, LAKEISHA SANDERS, KAREN STAFFORD, MARTI STAFFORD, JANICE TRENT, MARY WALKER and FELISA WRIGHT on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 3:07-cv-00541 |
| GUARDIAN ANGEL NURSING, INC., a Tennessee corporation; GUARDIAN ANGEL NURSING, INC., a Mississippi corporation; ON-CALL STAFFING OF TENNESSEE, INC. d/b/a LEAWOOD, INC.; ON-CALL STAFFING, INC. d/b/a LEAWOOD, INC.; LEAWOOD, INC.; QUALITY CARE HOME HEALTH AGENCY, INC., a Tennessee corporation; E.L. "Lee" GARNER, JR., and E.L. "Lee" GARNER, III, | ) ) ) ) ) ) ) ) ) ) ) | Judge Thomas A. Wiseman, Jr. |
| Defendants. | ) | |

## NOTICE: CLARIFICATION OF FINAL JUDGMENT

For purposes of clarifying the amount of the judgment entered January 4, 2010 (Doc. No. 309), the Court gives notice as follows: The total amount of the judgment entered in favor of Plaintiffs in this action is **$2,198,519.86**, which includes compensatory damages in the amount of $1,099,259.93 plus liquidated damages in the amount of $1,099,259.93, based upon the damages stipulated by the parties and the Court's prior ruling that the Plaintiffs would be entitled to liquidated damages. In addition, as

previously ordered, the Plaintiffs will be entitled to recover a reasonable attorneys' fee upon the filing of a properly supported motion, as well as the costs of the action.

This notice does not substantively affect the Final Judgment previously entered in this matter and should not be construed to extend the time for filing a Notice of Appeal therefrom.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge