UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUDY CROUCH, et al. and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | Case No. 3:07-cv-00541 |
| ) ) | Judge Wiseman |
| GUARDIAN ANGEL NURSING, INC., ) et al., ) ) | |
| Defendants. ) | |

SATISFACTION OF JUDGMENT

Plaintiff's, Judy Crouch, *et al.,* respectfully submits that the judgment of January 4, 2010 entered by this Court against Defendant's, Guardian Angel Nursing, Inc, *et al.,* in the amount of $2,198,519.86, has been satisfied.

Respectfully submitted,

/s/ Kenneth S. Williams
Kenneth S. Williams (#10678)
MADEWELL, JARED, HALFACRE & WILLIAMS
230 North Washington Avenue
Cookeville, Tennessee 38501
(931) 526-6101

/s/ Cynthia A. Wilson
Cynthia A. Wilson (#13145)
MADEWELL, JARED, HALFACRE & WILLIAMS
230 North Washington Avenue
Cookeville, Tennessee 38501
(931) 526-6101

CERTIFICATE OF SERVICE

      I the undersigned attorney do hereby certify that a true and exact copy of the foregoing pleading has been served on opposing counsel of record as identified below by electronic filing (ECF), contemporaneously with the electronic filing of this pleading with the Clerk of Court this 11th day of July, 2012.

Steve Shields, Esquire
James L. Holt, Jr., Esquire
**Jackson, Shields, Yeiser, Holt & Speakman**
262 German Oak Drive
Cordova, Tennessee 38018

/s/ Kenneth S. Williams
KENNETH S. WILLIAMS (#10678)